# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**SHAWN ANTHONY SKAGGS, JR.**                                                   **PLAINTIFF**
**ADC #163721**

v.                          CASE NO.: 2:20-CV-00023-JM-JJV

**DEXTER L. PAYNE, Deputy Director,**                              **DEFENDANTS**
**Arkansas Division of Correction;** *et al.*

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. Mr. Skaggs requested and received additional time to file his objections. After his time to file objections had expired, Mr. Skaggs filed a motion to continue and to appoint counsel; he also filed a motion for production of documents. (Doc. No.s 16, 17). After carefully considering Mr. Skagg's recent motions and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Motion to Continue and to Appoint Counsel (Doc. No. 16) is DENIED.

2. Plaintiff's Motion for Production of Documents (Doc. No. 17) is DENIED.

3. Plaintiff's claims are dismissed without prejudice.

4. Plaintiff's Complaint, as amended (Doc. No. 6), is dismissed without prejudice.

5. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

6. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 26th day of May, 2020.

                                         _/s/_____
                                         UNITED STATES DISTRICT JUDGE