**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**SHAWN ANTHONY SKAGGS, JR.**                                              **PLAINTIFF**
**ADC #163721**

**v.**                          **CASE NO.: 2:20-CV-00023-JM-JJV**

**DEXTER L. PAYNE, Deputy Director,**                                      **DEFENDANTS**
**Arkansas Division of Correction;** *et al.*

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without

prejudice; the relief sought is denied. This dismissal counts as a "strike" and the Court certifies

that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 26th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE